[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14589
Non-Argument Calendar
_____

D.C. Docket No. 3:16-cr-00100-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REUBIN W. COCHRAN, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(May 25, 2018)

Before TJOFLAT, WILSON, and JORDAN, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Reubin W. Cochran in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Cochran's conviction and sentence are **AFFIRMED**.

JORDAN, Circuit Judge, dissenting:

With respect, I dissent. I do not think that an appeal here "lacks any basis in fact or law," *McCoy v. Court of Appeals of Wisconsin, Dist. 1,* 486 U.S. 429, 438 n.10 (1998), and would require counsel to file a merits brief addressing the district court's denial of Mr. Cohen's motion to withdraw the guilty plea.